# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RPR GRAPHICS, INC. | § | Case No. 09-21847 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
.  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                  and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-21847 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |

Case Name: RPR GRAPHICS, INC.

Date Filed (f) or Converted (c): 06/16/09 (f)

341(a) Meeting Date: 09/30/09

For Period Ending: 02/04/15

Claims Bar Date: 01/07/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PROCEEDS FROM SALE OF BUSINESS ASSETS | 0.00 | 0.00 | | 6,300.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 10.29 | FA |
| 3. CHECKING ACCOUNT AT LASALLE BANK | 13,078.01 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT COMMUNITY BANK | 366.66 | 0.00 | | 13,078.21 | FA |
| 5. ACCOUNTS RECEIVABLE | 126,762.00 | 0.00 | | 8,506.90 | FA |
| 6. OFFICE EQUIPMENT, FURNISHINGS, AND | 0.00 | 0.00 | | 0.00 | FA |
| 7. COLORSPAN PRINTER | 500.00 | 0.00 | | 0.00 | FA |
| 8. CORPORATE BOOKS AND RECORDS | 0.00 | 0.00 | | 0.00 | FA |
| 9. VERIZON REFUND (u) | Unknown | 0.00 | | 6.53 | FA |
| 10. lawsuit setttlement (u) | Unknown | 0.00 | | 18,000.00 | FA |
| 11. MGE DIGITAL DIECUTTER | Unknown | 0.00 | | 0.00 | FA |
| 12. DUPONT PRINTER, DIE ROUTER, ETC | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $140,706.67 | $0.00 | | $45,901.93 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/11          Current Projected Date of Final Report (TFR): 12/01/14

FOR Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-21847  -CAS |
| Case Name: | RPR GRAPHICS, INC. |
| Taxpayer ID No: | *******0205 |
| For Period Ending: | 02/04/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1202  Checking - Non Interest |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 41,441.97 | | 41,441.97 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.48 | 41,427.49 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.39 | 41,401.10 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.52 | 41,375.58 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.36 | 41,349.22 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.47 | 41,287.75 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 36.95 | 41,250.80 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.44 | 41,195.36 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.24 | 41,134.12 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.18 | 41,074.94 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.07 | 41,013.87 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.01 | 40,954.86 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.89 | 40,893.97 |
| | | | Page Subtotals | | 41,441.97 | 548.00 | |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          09-21847  -CAS
Case Name:     RPR GRAPHICS, INC.

Taxpayer ID No:   *******0205
For Period Ending: 02/04/15

Trustee Name:         BRENDA PORTER HELMS, TRUSTEE
Bank Name:             ASSOCIATED BANK
Account Number / CD #:    *******1202  Checking - Non Interest

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.80 | 40,833.17 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.76 | 40,774.41 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.62 | 40,713.79 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.58 | 40,655.21 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.44 | 40,594.77 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.36 | 40,534.41 |
| 02/15/14 | 010002 | International Sureties Ltd 701 Polydras St.  #420 New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | 38.52 | 40,495.89 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.43 | 40,441.46 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.12 | 40,381.34 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.10 | 40,323.24 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.95 | 40,263.29 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.93 | 40,205.36 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.78 | 40,145.58 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.69 | 40,085.89 |

Page Subtotals                    0.00              808.08

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 18.04

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-21847 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RPR GRAPHICS, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1202  Checking - Non Interest |
| Taxpayer ID No: | *******0205 | | |
| For Period Ending: | 02/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.68 | 40,028.21 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.51 | 39,968.70 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.51 | 39,911.19 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.33 | 39,851.86 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 41,441.97 | 1,590.11 | 39,851.86 |
| Less:  Bank Transfers/CD's | 41,441.97 | 0.00 | |
| Subtotal | 0.00 | 1,590.11 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,590.11 | |

Page Subtotals          0.00          234.03

Ver: 18.04

LFORM24

Page:   4

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-21847 -CAS | |
| Case Name: | RPR GRAPHICS, INC. | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7873  Money Market - Interest Bearing |

Taxpayer ID No:   *******0205
For Period Ending:   02/04/15

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/01/09 | 1 | Rocket Imaging Inc. 12365 S. Rhea Drive Plainifield IL  60585 | proceeds from sale of business | 1121-000 | 2,500.00 | | 2,500.00 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,500.05 |
| 10/07/09 | 1 | Rocket Imaging, Inc. 12365 S. Rhea Drive Plainifield IL  60585 | account receivable | 1121-000 | 1,800.00 | | 4,300.05 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 4,300.14 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,300.25 |
| * 12/08/09 | 1 | Hendrickson 800 S. Frontage Road Woodridge IL 60517 | account receivable | 1121-003 | 30.55 | | 4,330.80 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,330.91 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,331.01 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,331.11 |
| 03/06/10 | 000101 | International Sureties Ltd 701 Polydras St.  #420 New Orleans LA 70139 | bond premium | 2300-000 | | 3.68 | 4,327.43 |
| | | | Page Subtotals | | 4,331.11 | 3.68 | |

LFORM24

*UST Form 101-7-TFR (5/1/2011)* *(Page: 7)*

Ver: 18.04

Page:   5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          09-21847  -CAS
Case Name:     RPR GRAPHICS, INC.

Trustee Name:     BRENDA PORTER HELMS, TRUSTEE
Bank Name:        BANK OF AMERICA, N.A.
Account Number / CD #:     *******7873  Money Market - Interest Bearing

Taxpayer ID No:   *******0205
For Period Ending:  02/04/15

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,327.55 |
| | 04/10/10 | 5 | Sara Lee Coffee & Tea Foodservice 3500 Lacey Road Downers Grove IL 60515 | acclount receivable | 1121-000 | 2,726.41 | | 7,053.96 |
| | 04/23/10 | 5 | Sara Lee Coffee & Tea Service 3500 Lacey Road Downers Grove IL 60515 | account receivable | 1121-000 | 5,780.49 | | 12,834.45 |
| | 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 12,834.60 |
| * | 05/17/10 | 1 | Hendrickson 800 S. Frontage Road Woodridge IL 60517 | account receivable | 1121-003 | -30.55 | | 12,804.05 |
| | 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,804.37 |
| | 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,804.69 |
| * | 07/12/10 | 000102 | Clerk, United States Bankruptcy Court | advesary filing fee | 2700-003 | | 250.00 | 12,554.69 |
| | 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,555.02 |
| * | 07/31/10 | 000102 | Clerk, United States Bankruptcy Court | advesary filing fee | 2700-003 | | -250.00 | 12,805.02 |
| | 07/31/10 | 000103 | Law Office of Arthur Rummler | reimbursement of adversary filing f | 2700-000 | | 250.00 | 12,555.02 |

Page Subtotals          8,477.59          250.00

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:       09-21847  -CAS
Case Name:   RPR GRAPHICS, INC.

Trustee Name:   BRENDA PORTER HELMS, TRUSTEE
Bank Name:   BANK OF AMERICA, N.A.
Account Number / CD #:   *******7873  Money Market - Interest Bearing

Taxpayer ID No:   *******0205
For Period Ending: 02/04/15

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,555.34 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,555.65 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,555.97 |
| 11/24/10 | 9 | MB Data REfund P.O. Box 4199 Portland OR 97208 | Verizon refund | 1229-000 | 6.53 | | 12,562.50 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,562.81 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,563.13 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,563.45 |
| 02/15/11 | 4 | Bank of America 125 Duport Drive R11-121-01-30 Providence RI 02907 | turnover of bank account | 1129-000 | 13,078.21 | | 25,641.66 |
| 02/19/11 | 000104 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 19.50 | 25,622.16 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 25,622.30 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,622.52 |

Page Subtotals        13,087.00        19.50

FORM 2

Page:    7

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-21847  -CAS |
| Case Name: | RPR GRAPHICS, INC. |
| Taxpayer ID No: | *******0205 |
| For Period Ending: | 02/04/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7873  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/08/11 | 1 | Rocket Imagiong<br>12365 S. Rhea Drive<br>Plainfield IL 60585 | transferees payment for busi eqpt | 1141-000 | 1,000.00 | | 26,622.52 |
| 04/20/11 | 10 | Bank of America<br>Dept AZ9-503-02-57<br>1825 E. buckeye Road<br>Phoenix AZ 85034 | installment-litigation settlement | 1241-000 | 15,000.00 | | 41,622.52 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 41,622.76 |
| 05/09/11 | 1 | Rocket Imaging<br>12365 S. Rhea Drive<br>Plainfield IL 60585 | PARTIAL PAYMENT | 1141-000 | 1,000.00 | | 42,622.76 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 42,623.12 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 42,623.47 |
| 07/02/11 | 10 | Rocket Imaging<br>12365 S. Rhea Drive<br>Plainfield IL 60585 | partial payment in settlement liti | 1241-000 | 1,000.00 | | 43,623.47 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 43,623.83 |
| 08/25/11 | 10 | Rocket Imaging Inc.<br>12365 S. Rhea Drive<br>Plainfield IL 60585 | Settlement | 1241-000 | 1,000.00 | | 44,623.83 |

Page Subtotals        19,001.31        0.00

Page: 8

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-21847 -CAS
Case Name: RPR GRAPHICS, INC.

Taxpayer ID No: *******0205
For Period Ending: 02/04/15

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******7873 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 44,624.20 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 44,624.57 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.38 | | 44,624.95 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 56.85 | 44,568.10 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.37 | | 44,568.47 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 54.95 | 44,513.52 |
| 12/19/11 | 10 | Rocket Imaging Inc 12365 S. Rhea Drive Plainfield IL 60585 | PARTIAL PAYMENT | 1241-000 | 1,000.00 | | 45,513.52 |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.38 | | 45,513.90 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 55.25 | 45,458.65 |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,459.04 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 59.62 | 45,399.42 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 45,399.78 |
| 02/29/12 | 000105 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 60.08 | 45,339.70 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 53.96 | 45,285.74 |

Page Subtotals   1,002.62   340.71

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 11)   Ver: 18.04

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-21847 -CAS |
| Case Name: | RPR GRAPHICS, INC. |

| Taxpayer ID No: | *******0205 |
| For Period Ending: | 02/04/15 |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7873  Money Market - Interest Bearing |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 45,286.12 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 55.69 | 45,230.43 |
| 04/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 45,230.80 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 57.46 | 45,173.34 |
| 05/05/12 | 000106 | Weiss Sugar Dvorak & Dusek Ltd | accountants fees | 3410-000 | | 3,500.00 | 41,673.34 |
| 05/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 41,673.70 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 54.09 | 41,619.61 |
| 06/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 41,619.95 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.47 | 41,570.48 |
| 07/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 41,570.83 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 54.52 | 41,516.31 |
| 08/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 41,516.66 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.75 | 41,463.91 |
| 09/14/12 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 41,464.06 |

Page Subtotals        2.30        3,823.98

Ver: 18.04

LFORM24

FORM 2

Page: 10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-21847  -CAS |
| Case Name: | RPR GRAPHICS, INC. |
| | |
| Taxpayer ID No: | *******0205 |
| For Period Ending: | 02/04/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7873  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 22.09 | 41,441.97 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 41,441.97 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 45,901.93 | 45,901.93 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 41,441.97 | |
| Subtotal | 45,901.93 | 4,459.96 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 45,901.93 | 4,459.96 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********1202 | 0.00 | 1,590.11 | 39,851.86 |
| Money Market - Interest Bearing - ********7873 | 45,901.93 | 4,459.96 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 45,901.93 | 6,050.07 | 39,851.86 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                     0.00              41,464.06

Ver: 18.04

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 1

Date: March 24, 2015

Case Number:   09-21847
Debtor Name:   RPR GRAPHICS, INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | Arthur W. Rummler | Administrative | | $6,420.00 | $0.00 | $6,420.00 |
| 001 2100-00 | Brenda Porter Helms, Trustee 3400 W. Lawrence Ave. Chicago, IL | Administrative | | $3,600.00 | $0.00 | $3,600.00 |
| | Subtotal for Priority 001 | | | $10,020.00 | $0.00 | $10,020.00 |
| 000001B 050 4210-00 | Canon Financial Services, Inc Howard N. Sobel P.A. 507 Kresson Road, P O Box 1525 Vorhees, NJ 08043 | Secured | amended by claim 16 and subsequently amended on 12/19/14 to assert unsecured claim | $0.00 | $0.00 | $0.00 |
| 000013 050 4210-00 | Enterprise Funding Group 4308 Three Mile Road, NW Suite A Grand Rapids, MI 49534 | Secured | secured portion of claim determined to be zero per order 12/12/14 | $0.00 | $0.00 | $0.00 |
| 000016 050 4210-00 | Canon Financial Services Howard N. Sobel, PA 507 Kresson Road P O Box 1525 Voorhees, NJ 08043 | Secured | Value of secured claim determined to be zero per order 1/9/15 Amends claim 1; claim register incorrectly lists creditor as H. Sobel | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 050 | | | $0.00 | $0.00 | $0.00 |
| 000001C 051 5100-00 | Canon Financial Services, Inc Howard N. Sobel P.A. 507 Kresson Road, P O Box 1525 Vorhees, NJ 08043 | Priority | amended by claim 16 and subsequently amended on 12/19/14 to assert unsecured claim | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 051 | | | $0.00 | $0.00 | $0.00 |
| 000004 053 5300-00 | Russell R. Preban 2745 Zurich Lane Woodridge, IL 60517 | Priority | | $3,350.60 | $0.00 | $3,350.60 |
| 000026 053 5300-00 | Russell r. Preban 2745 Zurich Lane Woodridge, IL 60517 | Priority | Duplicate of claim 4 | $10,950.00 | $0.00 | $10,950.00 |
| | Subtotal for Priority 053 | | | $14,300.60 | $0.00 | $14,300.60 |
| 000002B 058 5800-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Priority | (2-1) Unemployment tax | $95.44 | $0.00 | $95.44 |
| 000011 058 5800-00 | Internal Revenue Service POBox 7346 Philadelphia, PA 19101-7317 | Priority | | $2,871.90 | $0.00 | $2,871.90 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                          Date: March 24, 2015

Case Number:   09-21847                          Priority Sequence
Debtor Name:   RPR GRAPHICS, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014 058 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | | $4,430.89 | $0.00 | $4,430.89 |
| | Subtotal for Priority 058 | | | $7,398.23 | $0.00 | $7,398.23 |
| 000001A 070 7100-00 | Canon Financial Services, Inc Howard N. Sobel P.A. 507 Kresson Road, P O Box 1525 Vorhees, NJ 08043 | Unsecured amended by claim 16 claim 1 (instead of claim 16) subsequently amended on 12/19/14 to fix unsecured claim | | $20,755.83 | $0.00 | $20,755.83 |
| 000002A 070 7100-00 | Illinois Department Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Unsecured (2-1) Unemployment tax | | $60.00 | $0.00 | $60.00 |
| 000003 070 7100-00 | General Electric Capital Corp 1010 Thomas Edison Blvd SW Cedar Rapids, IA 52404 | Unsecured | | $18,405.53 | $0.00 | $18,405.53 |
| 000005 070 7100-00 | CIT TECHNOLOGY FINANCING SERVICES, INC. WELTMAN, WEINBERG & REIS, CO. 175 S. THIRD ST., SUITE 900 COLUMBUS, OHIO 43215 | Unsecured | | $7,981.72 | $0.00 | $7,981.72 |
| 000006 070 7100-00 | Graphics III Paper Co. 307 Eisenhower Lane Lombard, IL 60148 | Unsecured | | $417.77 | $0.00 | $417.77 |
| 000007 070 7100-00 | Uline 220 S Lakeside Drive Waukegan, IL 60085 | Unsecured | | $420.25 | $0.00 | $420.25 |
| 000008 070 7100-00 | Same Day PO Box 142 Elmhurst, IL 60126 | Unsecured | | $2,599.50 | $0.00 | $2,599.50 |
| 000009 070 7100-00 | Merchandising Inventives, Inc 1177 Corporate Grove Drive Buffalo Grove, IL 60089 | Unsecured | | $208.02 | $0.00 | $208.02 |
| 000010 070 7100-00 | Interstate Graphics, Inc. 7817 Burden Road Rockford, IL 61115 | Unsecured | | $6,385.39 | $0.00 | $6,385.39 |
| 000011B 070 7100-00 | Internal Revenue Service POBox 7346 Philadelphia, PA 19101-7317 | Unsecured Claim amended 3/30/11 | | $1,777.16 | $0.00 | $1,777.16 |
| 000012 070 7100-00 | Primagraphics (Libman) 2461 Larsen Road Green Bay, WI 54303 | Unsecured | | $1,482.75 | $0.00 | $1,482.75 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3

Date: March 24, 2015

Case Number:    09-21847
Debtor Name:    RPR GRAPHICS, INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013B 070 7100-00 | Enterprise Funding Group 4308 Three Mile Road, NW Suite A Grand Rapids, MI 49534 | Unsecured amended by claim 27 secured portion of claim determined to be zero per order 12/12/14 | | $0.00 | $0.00 | $0.00 |
| 000015 070 7100-00 | Reed-Rite, Inc./Reliable Label 1427 Centre Circle Drive Downers Grove, IL 60515 | Unsecured | | $21,662.36 | $0.00 | $21,662.36 |
| 000016B 070 7100-00 | Canon Financial Services Howard N. Sobel, PA 507 Kresson Road P O Box 1525 Voorhees, NJ 08043 | Unsecured claim superceded by Amended claim 1; claim register incorrectly lists creditor as H. Sobel | | $0.00 | $0.00 | $0.00 |
| 000017 070 7100-00 | Sentry Insurance Box 88315 Milwaukee, WI 53288 | Unsecured | | $5,189.40 | $0.00 | $5,189.40 |
| 000018 070 7100-00 | Taykit, Inc. 102 West Emerson Street Arlington Heights, Illinois 60005 | Unsecured | | $5,147.22 | $0.00 | $5,147.22 |
| 000019 070 7100-00 | Metro Business Solutiris DBA Bet Chicago 701 N Raddant Rd Batavia IL 60510 | Unsecured | | $1,526.75 | $0.00 | $1,526.75 |
| 000020 070 7100-00 | GM Mounting & Laminating, Inc. 1041 S Route 83 Elmhurst, IL 60126 | Unsecured | | $1,351.09 | $0.00 | $1,351.09 |
| 000021 070 7100-00 | NGS Printing 1400 Crispin Drive Elgin, IL 60123 | Unsecured | | $11,747.20 | $0.00 | $11,747.20 |
| 000022 070 7100-00 | CE Printed Products, Inc. 685 Kimberly Dr Carol Stream, IL 60188 | Unsecured | | $9,170.87 | $0.00 | $9,170.87 |
| 000023 070 7100-00 | Marlin Leasing 300 Fellowship Road Mount Laurel, NJ 08054 | Unsecured | | $11,078.08 | $0.00 | $11,078.08 |
| 000024 070 7100-00 | Suburban Delivery Inc. 6296 Woodward Avenue Downers Grove, IL 60516-1710 | Unsecured | | $3,057.00 | $0.00 | $3,057.00 |
| 000025 070 7100-00 | VIP MGD, LLC Darwin Asset Mgmt. Co. Agent for VIP MGD, LLC. 970 Oak Lawn Ave., Ste. 100 Elmhurst, IL 60126 | Unsecured updated creditor address with payment address per POC; correspondence to be sent to c/o Cary G. Schiff & Associates Attorney for Creditor, VIP MGD, LLC. 134 N. LaSalle, Ste. 1135 Chicago, IL 60602 | | $3,696.38 | $0.00 | $3,696.38 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 4                                                                      Date: March 24, 2015

Case Number:   09-21847                              Priority Sequence
Debtor Name:   RPR GRAPHICS, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000027 070 7100-00 | Enterprise Funding Group 4308 Three Mile Road, NW Suite A Grand Rapids, MI 49534 | Unsecured | amends claim 13 | $111,889.12 | $0.00 | $111,889.12 |
| 000028 070 7100-00 | Citibank, N.A. 701 East 60th Street North Sioux Falls, SD 57117 | Unsecured | claim transfered 8/1/11 from Citibank SD | $2,919.46 | $0.00 | $2,919.46 |
| | Subtotal for Priority 070 | | | $248,928.85 | $0.00 | $248,928.85 |
| 000029 080 7200-00 | Toyota Motor Credit Corporation c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $4,014.65 | $0.00 | $4,014.65 |
| 000030 080 7200-00 | Toyota Motor Credit Corporation c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $6,728.06 | $0.00 | $6,728.06 |
| 000031 080 7200-00 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | Unsecured | claim transfered 5/7/14 from Capital One | $816.59 | $0.00 | $816.59 |
| | Subtotal for Priority 080 | | | $11,559.30 | $0.00 | $11,559.30 |
| BOND 999 2300-00 | International Sureties 701 Polydras St.  #420 New Orleans LA 70139 | Administrative | | $155.05 | $155.05 | $0.00 |

| | | 4429267873 | 02/19/11 | 104 | 19.50 | |
| | | 4429267873 | 02/29/12 | 105 | 60.08 | |
| | | 2223271202 | 02/15/13 | 10001 | 36.95 | |
| | | 2223271202 | 02/15/14 | 10002 | 38.52 | |

| | Subtotal for Priority 999 | | | $155.05 | $155.05 | $0.00 |
| | Case Totals: | | | $292,362.03 | $155.05 | $292,206.98 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-21847
Case Name: RPR GRAPHICS, INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013 | Enterprise Funding Group | $ | $ | $ | $ |
| 000016 | Canon Financial Services | $ | $ | $ | $ |

Total to be paid to secured creditors        $_____

Remaining Balance                            $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Arthur W. Rummler | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                            $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Employment Security | $ | $ | $ |
| 000004 | Russell R. Preban | $ | $ | $ |
| 000011 | Internal Revenue Service | $ | $ | $ |
| 000014 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance                               $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Canon Financial Services, Inc | $ | $ | $ |
| 000002A | Illinois Department Employment Security | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | General Electric Capital Corp | $ | $ | $ |
| 000005 | CIT TECHNOLOGY FINANCING SERVICES, INC. | $ | $ | $ |
| 000006 | Graphics III Paper Co. | $ | $ | $ |
| 000007 | Uline | $ | $ | $ |
| 000008 | Same Day | $ | $ | $ |
| 000009 | Merchandising Inventives, Inc | $ | $ | $ |
| 000010 | Interstate Graphics, Inc. | $ | $ | $ |
| 000011B | Internal Revenue Service | $ | $ | $ |
| 000012 | Primagraphics (Libman) | $ | $ | $ |
| 000013B | Enterprise Funding Group | $ | $ | $ |
| 000015 | Reed-Rite, Inc./Reliable Label | $ | $ | $ |
| 000016B | Canon Financial Services | $ | $ | $ |
| 000017 | Sentry Insurance | $ | $ | $ |
| 000018 | Taykit, Inc. | $ | $ | $ |
| 000019 | Metro Business Solutiris | $ | $ | $ |
| 000020 | GM Mounting & Laminating, Inc. | $ | $ | $ |
| 000021 | NGS Printing | $ | $ | $ |
| 000022 | CE Printed Products, Inc. | $ | $ | $ |
| 000023 | Marlin Leasing | $ | $ | $ |
| 000024 | Suburban Delivery Inc. | $ | $ | $ |
| 000025 | VIP MGD, LLC | $ | $ | $ |
| 000027 | Enterprise Funding Group | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000028 | Citibank, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000030 | Toyota Motor Credit Corporation | $ | $ | $ |
| 000029 | Toyota Motor Credit Corporation | $ | $ | $ |
| 000031 | eCAST Settlement Corporation | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance                                            $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE