UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                  §
                                        §
RPR GRAPHICS, INC.                      §      Case No. 09-21847
                                        §
            Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK  OF THE COURT
   219 s. DEARBORN STREET
   CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/08/2015 in Courtroom 240,
   Kane County Courthouse
   100 S. Third Street
   Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2015            By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
RPR GRAPHICS, INC. §   Case No. 09-21847
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 45,901.93 |
| and approved disbursements of | $ | 6,050.07 |
| leaving a balance on hand of[1] | $ | 39,851.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013 | Enterprise Funding Group | $ 15,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000016 | Canon Financial Services | $ 11,355.12 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 39,851.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,600.00 | $ 0.00 | $ 3,600.00 |
| Attorney for Trustee Fees: Arthur W. Rummler | $ 6,420.00 | $ 0.00 | $ 6,420.00 |
| Other: International Sureties | $ 155.05 | $ 155.05 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ | 10,020.00 |
|---|---|---|---|
| | Remaining Balance | $ | 29,831.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,748.83 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Employment Security | $ 95.44 | $ 0.00 | $ 95.44 |
| 000004 | Russell R. Preban | $ 3,350.60 | $ 0.00 | $ 3,350.60 |
| 000011 | Internal Revenue Service | $ 2,871.90 | $ 0.00 | $ 2,871.90 |
| 000014 | Illinois Department of Revenue | $ 4,430.89 | $ 0.00 | $ 4,430.89 |

| | Total to be paid to priority creditors | $ | 10,748.83 |
|---|---|---|---|
| | Remaining Balance | $ | 19,083.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 248,928.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Canon Financial Services, Inc | $ 20,755.83 | $ 0.00 | $ 1,591.15 |
| 000002A | Illinois Department Employment Security | $ 60.00 | $ 0.00 | $ 4.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | General Electric Capital Corp | $ 18,405.53 | $ 0.00 | $ 1,410.98 |
| 000005 | CIT TECHNOLOGY FINANCING SERVICES, INC. | $ 7,981.72 | $ 0.00 | $ 611.88 |
| 000006 | Graphics III Paper Co. | $ 417.77 | $ 0.00 | $ 32.03 |
| 000007 | Uline | $ 420.25 | $ 0.00 | $ 32.22 |
| 000008 | Same Day | $ 2,599.50 | $ 0.00 | $ 199.28 |
| 000009 | Merchandising Inventives, Inc | $ 208.02 | $ 0.00 | $ 15.95 |
| 000010 | Interstate Graphics, Inc. | $ 6,385.39 | $ 0.00 | $ 489.51 |
| 000011B | Internal Revenue Service | $ 1,777.16 | $ 0.00 | $ 136.24 |
| 000012 | Primagraphics (Libman) | $ 1,482.75 | $ 0.00 | $ 113.66 |
| 000013B | Enterprise Funding Group | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | Reed-Rite, Inc./Reliable Label | $ 21,662.36 | $ 0.00 | $ 1,660.65 |
| 000016B | Canon Financial Services | $ 0.00 | $ 0.00 | $ 0.00 |
| 000017 | Sentry Insurance | $ 5,189.40 | $ 0.00 | $ 397.82 |
| 000018 | Taykit, Inc. | $ 5,147.22 | $ 0.00 | $ 394.59 |
| 000019 | Metro Business Solutiris | $ 1,526.75 | $ 0.00 | $ 117.04 |
| 000020 | GM Mounting & Laminating, Inc. | $ 1,351.09 | $ 0.00 | $ 103.58 |
| 000021 | NGS Printing | $ 11,747.20 | $ 0.00 | $ 900.55 |
| 000022 | CE Printed Products, Inc. | $ 9,170.87 | $ 0.00 | $ 703.04 |
| 000023 | Marlin Leasing | $ 11,078.08 | $ 0.00 | $ 849.25 |
| 000024 | Suburban Delivery Inc. | $ 3,057.00 | $ 0.00 | $ 234.35 |
| 000025 | VIP MGD, LLC | $ 3,696.38 | $ 0.00 | $ 283.37 |
| 000027 | Enterprise Funding Group | $ 111,889.12 | $ 0.00 | $ 8,577.48 |
| 000028 | Citibank, N.A. | $ 2,919.46 | $ 0.00 | $ 223.81 |

Total to be paid to timely general unsecured creditors    $          19,083.03

    Remaining Balance      $      0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 11,559.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Toyota Motor Credit Corporation | $ 6,728.06 | $ 0.00 | $ 0.00 |
| 000029 | Toyota Motor Credit Corporation | $ 4,014.65 | $ 0.00 | $ 0.00 |
| 000031 | eCAST Settlement Corporation | $ 816.59 | $ 0.00 | $ 0.00 |

    Total to be paid to tardy general unsecured creditors      $      0.00

    Remaining Balance      $      0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/Brenda Porter Helms
    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 09-21847-DRC
RPR Graphics, Inc.                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: lhuley                Page 1 of 4              Date Rcvd: Apr 08, 2015
                               Form ID: pdf006             Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2015.
```
db          +RPR Graphics, Inc.,   c/o George Bradshaw,   1755 South Naperville road,   Suite 200,
              Wheaton, IL 60189-5844
14278253    +Ace Forms,   2900 N Rotary Terrace,   Pittsburg, KS 66762-2795
14278255     Advanced Sign Supply, Inc.,   PO Box 888684,   Grand Rapids, MI 49588-8684
14278256     American Credit Systems, Inc.,   400 West Lake Street, Suite 111,   P.O. Box 72849,
              Roselle, IL 60172-0849
14278257    +BCT,   701 N Raddant Road,   Batavia, IL 60510-4218
14278258    +Bluecross Blue Shield of Illinois,   300 E Randolph Street,   Chicago, IL 60601-5099
14278259    +Brinks,   13528 S Kenton,   Crestwood, IL 60445-1958
14421382     CE Printed Products, Inc.,   PO Box 807,   Mt. Prospect, IL 60056-0807
14278264    +CE Printed Products, Inc.,   685 Kimberly Dr,   Carol Stream, IL 60188-1890
14541264    +CIT TECHNOLOGY FINANCING SERVICES, INC.,   WELTMAN, WEINBERG & REIS, CO.,
              175 S. THIRD ST., SUITE 900,   COLUMBUS, OHIO 43215-5166
14932174   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank South Dakota NA,   DBA,   4740 121st St,
              Urbandale, IA 50323)
14270784    +Canon Financial Services, Inc,   Howard N. Sobel P.A.,   507 Kresson Road, P O Box 1525,
              Vorhees, NJ 08043-7525
14278262     Capitol One,   PO Box 5294,   Carol Stream, IL 60197-5294
14278263     Carbonless & Cut Sheet Forms, Inc.,   1948 Glenn Highway,   New Concord, OH 43762
17619393    +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
14278268    +Darwin Asset Management Company,   970 N Oaklawn Ave.,   Elmhurst, IL 60126-1059
14278270    +Duo Image Carrier,   329 W. 18th Street Suite 607,   Chicago, IL 60616-1120
14278271    +E.I. Du Pont de Nemours and Co.,   PO Box 2285,   Carol Stream, IL 60132-2285
14278272    +Enterprise Funding Group,   4308 Three Mile Road, NW,   Suite A,   Grand Rapids, MI 49534-1137
14278276    +GM Mounting & Laminating, Inc.,   1041 S Route 83,   Elmhurst, IL 60126-4973
14278277    +GPA,   Box 88872,   Milwaukee, WI 53288-0001
14278279     Groot Industries, Inc.,   PO Box 92257,   Elk Grove Village, IL 60009-2257
14637661    +Howard N. Sobel, PA,   507 Kresson Road,   P O Box 1525,   Voorhees, NJ 08043-7525
14278282   ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
              CHICAGO IL 60664-0338
             (address filed with court: IL Dept of Revenue,   ICS Payment & Compliance Unit,
              P.O. Box 19043,   Springfield, IL 62794-9043)
14278281     Ice Mountain,   PO Box 856680,   Louisville, KY 40285-6680
14618005     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
              Chicago, IL 60664-0338
14278287     Illinois Dept Employment Security,   P.O. Box 3637,   Springfield, IL 62708-3637
14426647   +++Internal Revenue Service,   POBox 7346,   Philadelphia, PA 19101-7346
14278288    +Interstate Graphics, Inc.,   7817 Burden Road,   Rockford, IL 61115-8241
14278289    +J. Wallace & Associates, Inc.,   2733 Curtiss Street,   Downers Grove, IL 60515-4002
14278290     Laird Plastics,   75 Remittance Drive,   Chicago, IL 60675-2720
14278291    +Lexjet Direct,   1680 Fruitville Road 3rd Floor,   Sarasota, FL 34236-8510
14278292    +Libertyville Bank & Trust Co.,   Attn: Edward Werdell,   507 N. Milwaukee Ave.,
              Libertyville, IL 60048-2000
14278300    +MP Applications,   13642 Golden Meadow Dr.,   Plainfield, IL 60544-9842
14278293    +Mark Bric Display Corp.,   4740 Chudoba Parkway,   Prince George, VA 23875-3039
14278295    +Marlin Leasing,   300 Fellowship Road,   Mount Laurel, NJ 08054-1727
14278294    +Marlin Leasing,   P.O. 13604,   Philadelphia, PA 19101-3604
14278297    +Mart Financial Group,   1410 Meacham Rd.,   Schaumburg, IL 60173-4846
14278298    +Mart Financial Group,   1410 N. Meacham Rd.,   Schaumburg, IL 60173-4846
14278296    +Mart Financial Group,   507 N Milwaukee Ave.,   Libertyville, IL 60048-2000
14278299    +Merchandising Inventives, Inc,   1177 Corporate Grove Drive,   Buffalo Grove, IL 60089-4546
14278303    +NGS Printing,   1400 Crispin Drive,   Elgin, IL 60123-5533
14278301     National Imprint Corporation,   PO Box 644276,   Pittsburgh, PA 15264-4276
14278302    +New Sign Installation,   8425 W Gregory St. Unit 302,   Chicago, IL 60656-1268
14278305     Office Max,   PO Box 5239,   Carol Stream, IL 60197-5239
14278306    #+Orbus,   380 Veterans Parkway,   Bolingbrook, IL 60440-4667
14278307     Pitman Company,   PO Box 402779,   Atlanta, GA 30384-2779
14278308    +Primagraphics (Libman),   2461 Larsen Road,   Green Bay, WI 54303-4813
14278309    +Reed-Rite, Inc./Reliable Label,   1427 Centre Circle Drive,   Downers Grove, IL 60515-1045
14278310     Rite Way,   3650 Kent Street,   Shoreview, MN 55126-7012
14278311    +Roger Loose Leaf Co.,   1555 W Fulton St.,   Chicago, IL 60607-1011
14278312    +Ron Muscato,Sr.,   13110 Paul Circle,   Plainfield, IL 60585-5823
14482925    +Russell r. Preban,   2745 Zurich Lane,   Woodridge, IL 60517-4589
14278318    +Same Day,   PO Box 142,   Elmhurst, IL 60126-0142
14278320    +Small Business Acconting Service,   700 Commerce Drice,   Oak Brook, IL 60523-1546
14278321    +Specialty Screen Printing, Inc.,   3519 N Elston Avenue,   Chicago, IL 60618-5617
14278322     Suburban Delivery Inc.,   6296 Woodward Avenue,   Downers Grove, IL 60516-1710
14278323    +Taykit, Inc.,   102 West Emerson Street,   Arlington Heights, Illinois 60005-3738
14421441    +Taykit, Inc.,   1175 Davis Road,   Elgin, IL 60123-1315
14278324     Team Concept Printing,   540 Tower Blvd.,   Carol Stream, IL 60188-9426
14278325    +The Copier Doctor,   22 W 463 Cherry Lane,   Glen Ellyn, IL 60137-3789
14278326    +The Mallard Press, Inc.,   335 Eisenhower Lane,   Lombard, IL 60148-5406
14278327    +Toryon Technologies, Inc,,   1115 Hilltop Drive,   Itasca, IL 60143-1151
```

```
District/off: 0752-1           User: lhuley                Page 2 of 4                   Date Rcvd: Apr 08, 2015
                               Form ID: pdf006             Total Noticed: 87

14278328       Toyota Financial Services 840,    PO Box 5855,    Carol Stream, IL 60197-5855
14278329       Toyota Financial Services 897,    PO Box 5855,    Carol Stream, IL 60197-5855
18346812       Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14278330       Uline,   220 S Lakeside Drive,    Waukegan, IL 60085
14278331      +United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
14278334      +VIP MGD, LLC,    c/o Darwin Asset Management Company,    970 N. Oaklawn Ave.,
                 Elmhurst, IL 60126-1059
14421451      +VIP MGD, LLC,    c/o Darwin Asset Mgmt. Co.,    970 N. Oaklawn Ave.,    Elmhurst, IL 60126-1059
14278333     +++VIP MGD, LLC,    c/o Gary G. Schiff & Associates,    134 N. LaSalle, Ste 1135,
                 Chicago, IL 60602-1186
14874681      +VIP MGD, LLC.,    c/o Darwin Asset Mgmt.,    970 Oaklawn Ave., Ste. 100,
                 Elmhurst, IL 60126-1020
14278335      +Weiss, Sugar, Dvorak & Dusek, Ltd.,    20 N Wacker Drive Suite 2250,    Chicago, IL 60606-3095
14278336      +White Graphics Printing Services,    1411 Centre Circle,    Downers Grove, IL 60515-1022
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14278265      +E-mail/Text: citjaxbankruptcy@cit.com Apr 09 2015 01:18:44     CIT Technology Financial,
                 One Deerwood,    10201 Centurion Parkway N, Ste. 100,    Jacksonville, FL 32256-4114
14278266      +E-mail/Text: citjaxbankruptcy@cit.com Apr 09 2015 01:18:44
                 CIT Technology Financial Services,    21146 Network Place,    Chicago, IL 60673-1211
14278260      +E-mail/Text: mdeguzman@csa.canon.com Apr 09 2015 01:20:27     Canon Business Solutions,
                 300 Commerce Square Blvd.,    Burlington, NJ 08016-1270
21146684      +E-mail/Text: bnc@bass-associates.com Apr 09 2015 01:18:33     Capital One, N.A. (OfficeMax),
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
14278269      +E-mail/Text: timrader@drytac.com Apr 09 2015 01:19:25     Drytac Corporation,
                 5383 Glen Alden Drive,    Richmond, VA 23231-4343
14278274      +E-mail/Text: capitalbankruptcynotice@ge.com Apr 09 2015 01:20:16     GE Capital,
                 PO Box 740425,    Atlanta, GA 30374-0425
14420803      +E-mail/Text: capitalbankruptcynotice@ge.com Apr 09 2015 01:20:16
                 General Electric Capital Corp,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
14278283      +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 09 2015 01:20:54
                 IL Dept. of Employment Security,    Timothy Hill, Director Employment,
                 33 S. State St., 10th Floor,    Chicago, IL 60603-2806
14390962      +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 09 2015 01:20:54
                 Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14278304       E-mail/Text: bankrup@aglresources.com Apr 09 2015 01:18:24     Nicor,    PO Box 416,
                 Aurora, IL 60568-0001
14278317      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2015 01:24:25     Sam’s Club,    PO Box 530970,
                 Atlanta, GA 30353-0970
14278319      +E-mail/Text: odentracklegal@sentry.com Apr 09 2015 01:18:36     Sentry Insurance,    Box 88315,
                 Milwaukee, WI 53288-8315
21900184      +E-mail/Text: bnc@bass-associates.com Apr 09 2015 01:18:33     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14421370*      A Corporate Printing Service, Inc.,    6808 Hobson Valley Drive Unit 101,
                 Woodridge, IL 60517-1449
14421371*     +Ace Forms,    2900 N Rotary Terrace,    Pittsburg, KS 66762-2795
14421372*     +Advanced Greig Laminators, Inc.,    PO Box 8563,    Madison, WI 53708-8563
14421373*      Advanced Sign Supply, Inc.,    PO Box 888684,    Grand Rapids, MI 49588-8684
14421374*      American Credit Systems, Inc.,    400 West Lake Street, Suite 111,    P.O. Box 72849,
                 Roselle, IL 60172-0849
14421375*     +BCT,   701 N Raddant Road,    Batavia, IL 60510-4218
14421376*     +Bluecross Blue Shield of Illinois,    300 E Randolph Street,    Chicago, IL 60601-5099
14421377*     +Brinks,    13528 S Kenton,    Crestwood, IL 60445-1958
14421383*     +CIT Technology Financial,    One Deerwood,    10201 Centurion Parkway N, Ste. 100,
                 Jacksonville, FL 32256-4114
14421384*     +CIT Technology Financial Services,    21146 Network Place,    Chicago, IL 60673-1211
14278280*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    PO Box 6029,    The Lakes, NV 88901-6029)
14421398*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    PO Box 6029,    The Lakes, NV 88901-6029)
14278261*     +Canon Business Solutions,    300 Commerce Square Blvd.,    Burlington, NJ 08016-1270
14421378*     +Canon Business Solutions,    300 Commerce Square Blvd.,    Burlington, NJ 08016-1270
14421379*     +Canon Business Solutions,    300 Commerce Square Blvd.,    Burlington, NJ 08016-1270
14421380*      Capitol One,    PO Box 5294,    Carol Stream, IL 60197-5294
14421381*      Carbonless & Cut Sheet Forms, Inc.,    1948 Glenn Highway,    New Concord, OH 43762
14421385*     +Copy Master Video, Inc.,    711 E Fairfield Ave.,    Villa Park, IL 60181-2841
14421386*     +Darwin Asset Management Company,    970 N Oaklawn Ave.,    Elmhurst, IL 60126-1059
14421387*     +Drytac Corporation,    5383 Glen Alden Drive,    Richmond, VA 23231-4343
14421388*     +Duo Image Carrier,    329 W. 18th Street Suite 607,    Chicago, IL 60616-1120
14421389*     +E.I. Du Pont de Nemours and Co.,    PO Box 2285,    Carol Stream, IL 60132-2285
14421390*     +Enterprise Funding Group,    4308 Three Mile Road, NW,    Suite A,    Grand Rapids, MI 49534-1137
14278273*     +Enterprise Funding Group,    4308 Three Mile Road, NW Suite A,    Grand Rapids, MI 49534-1137
14421391*     +Enterprise Funding Group,    4308 Three Mile Road, NW Suite A,    Grand Rapids, MI 49534-1137
14278275*     +GE Capital,    P.O. Box 740425,    Atlanta, GA 30374-0425
14421393*     +GE Capital,    P.O. Box 740425,    Atlanta, GA 30374-0425
14421392*     +GE Capital,    PO Box 740425,    Atlanta, GA 30374-0425
```

```
District/off: 0752-1            User: lhuley                Page 3 of 4                   Date Rcvd: Apr 08, 2015
                                Form ID: pdf006             Total Noticed: 87


              ***** BYPASSED RECIPIENTS (continued) *****
14421394*        +GM Mounting & Laminating, Inc.,    1041 S Route 83,    Elmhurst, IL 60126-4973
14421395*        +GPA,    Box 88872,    Milwaukee, WI 53288-0001
14421396*        +Graphics III Paper Co.,    307 Eisenhower Lane,    Lombard, IL 60148-5406
14421397*         Groot Industries, Inc.,    PO Box 92257,    Elk Grove Village, IL 60009-2257
14421401*        +IL Dept. of Employment Security,    Timothy Hill, Director Employment,
                   33 S. State St., 10th Floor,    Chicago, IL 60603-2806
14421400*       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court:   IL Dept of Revenue,    ICS Payment & Compliance Unit,
                   P.O. Box 19043,    Springfield, IL 62794-9043)
14278284*       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court:   Illinois Department of Revenue,    101 W Jefferson St,
                   Springfield, IL 62702-5145)
14421402*       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court:   Illinois Department of Revenue,    101 W Jefferson St,
                   Springfield, IL 62702-5145)
14278286*       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court:   Illinois Department of Revenue,    101 W. Jefferson St.,
                   Springfield, IL 62702-5145)
14421404*       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court:   Illinois Department of Revenue,    101 W. Jefferson St.,
                   Springfield, IL 62702-5145)
14278285*       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section,
                   100 W. Randolph St. Level 7-425,    Chicago,, IL 60601)
14421403*       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section,
                   100 W. Randolph St. Level 7-425,    Chicago,, IL 60601)
14421399*         Ice Mountain,    PO Box 856680,    Louisville, KY 40285-6680
14421405*         Illinois Dept Employment Security,     P.O. Box 3637,    Springfield, IL 62708-3637
14421406*        +Interstate Graphics, Inc.,    7817 Burden Road,    Rockford, IL 61115-8241
14421407*        +J. Wallace & Associates, Inc.,    2733 Curtiss Street,    Downers Grove, IL 60515-4002
14421408*         Laird Plastics,    75 Remittance Drive,    Chicago, IL 60675-2720
14421409*        +Lexjet Direct,    1680 Fruitville Road 3rd Floor,    Sarasota, FL 34236-8510
14421410*        +Libertyville Bank & Trust Co.,    Attn: Edward Werdell,    507 N. Milwaukee Ave.,
                   Libertyville, IL 60048-2000
14421418*        +MP Applications,    13642 Golden Meadow Dr.,    Plainfield, IL 60544-9842
14421411*        +Mark Bric Display Corp.,    4740 Chudoba Parkway,    Prince George, VA 23875-3039
14421412*        +Marlin Leasing,    P.O. 13604,    Philadelphia, PA 19101-3604
14421413*        +Marlin Leasing,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
14421415*        +Mart Financial Group,    1410 Meacham Rd.,    Schaumburg, IL 60173-4846
14421414*        +Mart Financial Group,    507 N Milwaukee Ave.,    Libertyville, IL 60048-2000
14421416*        +Mart Financial Group,    1410 N. Meacham Rd.,    Schaumburg, IL 60173-4846
14421417*        +Merchandising Inventives, Inc,    1177 Corporate Grove Drive,    Buffalo Grove, IL 60089-4546
14421421*        +NGS Printing,    1400 Crispin Drive,    Elgin, IL 60123-5533
14421419*         National Imprint Corporation,    PO Box 644276,    Pittsburg, PA 15264-4276
14421420*        +New Sign Installation,    8425 W Gregory St. Unit 302,    Chicago, IL 60656-1268
14421422*         Nicor,    PO Box 416,    Aurora, IL 60568-0001
14421423*         Office Max,    PO Box 5239,    Carol Stream, IL 60197-5239
14421424*        +Orbus,    380 Veterans Parkway,    Bolingbrook, IL 60440-4667
14421425*         Pitman Company,    PO Box 402779,    Atlanta, GA 30384-2779
14421426*        +Primagraphics (Libman),    2461 Larsen Road,    Green Bay, WI 54303-4813
14421427*        +Reed-Rite, Inc./Reliable Label,    1427 Centre Circle Drive,    Downers Grove, IL 60515-1045
14421428*         Rite Way,    3650 Kent Street,    Shoreview, MN 55126-7012
14421429*        +Roger Loose Leaf Co.,    1555 W Fulton St.,    Chicago, IL 60607-1011
14278313*        +Ron Muscato,Sr.,    13110 Paul Circle,    Plainfield, IL 60585-5823
14278314*        +Ron Muscato,Sr.,    13110 Paul Circle,    Plainfield, IL 60585-5823
14278315*        +Ron Muscato,Sr.,    13110 Paul Circle,    Plainfield, IL 60585-5823
14278316*        +Ron Muscato,Sr.,    13110 Paul Circle,    Plainfield, IL 60585-5823
14421430*        +Ron Muscato,Sr.,    13110 Paul Circle,    Plainfield, IL 60585-5823
14421431*        +Ron Muscato,Sr.,    13110 Paul Circle,    Plainfield, IL 60585-5823
14421432*        +Ron Muscato,Sr.,    13110 Paul Circle,    Plainfield, IL 60585-5823
14421433*        +Ron Muscato,Sr.,    13110 Paul Circle,    Plainfield, IL 60585-5823
14421434*        +Ron Muscato,Sr.,    13110 Paul Circle,    Plainfield, IL 60585-5823
14421435*        +Sam’s Club,    PO Box 530970,    Atlanta, GA 30353-0970
14421436*        +Same Day,    PO Box 142,    Elmhurst, IL 60126-0142
14421437*        +Sentry Insurance,    Box 88315,    Milwaukee, WI 53288-8315
14421438*        +Small Business Acconting Service,    700 Commerce Drice,    Oak Brook, IL 60523-1546
14421439*        +Specialty Screen Printing, Inc.,    3519 N Elston Avenue,    Chicago, IL 60618-5617
14421440*         Suburban Delivery Inc.,    6296 Woodward Avenue,    Downers Grove, IL 60516-1710
14421442*        +Team Concept Printing,    540 Tower Blvd.,    Carol Stream, IL 60188-9426
14421443*        +The Copier Doctor,    22 W 463 Cherry Lane,    Glen Ellyn, IL 60137-3789
14421444*        +The Mallard Press, Inc.,    335 Eisenhower Lane,    Lombard, IL 60148-5406
```

```
District/off: 0752-1           User: lhuley              Page 4 of 4              Date Rcvd: Apr 08, 2015
                               Form ID: pdf006          Total Noticed: 87


              ***** BYPASSED RECIPIENTS (continued) *****
14421445*      +Toryon Technologies, Inc,,    1115 Hilltop Drive,    Itasca, IL 60143-1151
14421446*       Toyota Financial Services 840,    PO Box 5855,    Carol Stream, IL 60197-5855
14421447*       Toyota Financial Services 897,    PO Box 5855,    Carol Stream, IL 60197-5855
19074264*       Toyota Motor Credit Corporation,     c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14421448*       Uline,    220 S Lakeside Drive,    Waukegan, IL 60085
14421449*      +United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
14421452*      +VIP MGD, LLC,    c/o Darwin Asset Management Company,     970 N. Oaklawn Ave.,
                 Elmhurst, IL 60126-1059
14421450*       Verizon Wireless,    PO Box 553,    Warrendale, PA 15086-0553
14421453*      +Weiss, Sugar, Dvorak & Dusek, Ltd.,     20 N Wacker Drive Suite 2250,    Chicago, IL 60606-3095
14421454*      +White Graphics Printing Services,     1411 Centre Circle,    Downers Grove, IL 60515-1022
14278252       ##A Corporate Printing Service, Inc.,     6808 Hobson Valley Drive Unit 101,
                 Woodridge, IL 60517-1449
14278254       ##+Advanced Greig Laminators, Inc.,     PO Box 8563,   Madison, WI 53708-8563
14278267       ##+Copy Master Video, Inc.,    711 E Fairfield Ave.,    Villa Park, IL 60181-2841
14278278       ##+Graphics III Paper Co.,    307 Eisenhower Lane,    Lombard, IL 60148-5406
14699495       ##+Metro Business Solutiris,    DBA Bet Chicago,    701 N Raddant Rd,    Batavia IL 60510-4218
14278332       ##Verizon Wireless,    PO Box 553,    Warrendale, PA 15086-0553
                                                                                TOTALS: 0, * 94, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2015                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2015 at the address(es) listed below:
          Arthur W Rummler    on behalf of Trustee Brenda Porter Helms, ESQ arthur.rummler@gmail.com,
           artrummler@juno.com
          Arthur W Rummler    on behalf of Plaintiff Brenda Porter Helms arthur.rummler@gmail.com,
           artrummler@juno.com
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
          Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
           brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
          Christopher M. Saternus    on behalf of Creditor    Taykit, Inc cmsaternus@msn.com
          Christopher M. Saternus    on behalf of Debtor    RPR Graphics, Inc. cmsaternus@msn.com
          David  Brown, ESQ    on behalf of Debtor    RPR Graphics, Inc. dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```