# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RPR GRAPHICS INC. | § | Case No. 09-21847 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 13,578.01                     Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  29,831.86          Claims Discharged
                                                       Without Payment:  NA

Total Expenses of Administration:  16,070.07

3) Total gross receipts of $ 45,901.93  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 45,901.93  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 60,156.56 | $ 26,355.12 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,070.07 | 16,070.07 | 16,070.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,356.61 | 10,748.83 | 10,748.83 | 10,748.83 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 182,642.17 | 260,687.43 | 260,687.43 | 19,083.03 |
| **TOTAL DISBURSEMENTS** | $ 246,155.34 | $ 313,861.45 | $ 287,506.33 | $ 45,901.93 |

4) This case was originally filed under chapter 7 on  06/16/2009 .  The case was pending for 79 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/07/2015                By:/s/BRENDA PORTER HELMS, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 8,506.90 |
| PROCEEDS FROM SALE OF BUSINESS ASSETS | 1121-000 | 6,300.00 |
| CHECKING ACCOUNT AT COMMUNITY BANK | 1129-000 | 13,078.21 |
| VERIZON REFUND | 1229-000 | 6.53 |
| lawsuiit setttlement | 1241-000 | 18,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 10.29 |
| **TOTAL GROSS RECEIPTS** | | **$45,901.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Canon Business Solutions 300 Commerce Square Blvd. Burlington, NJ 08016 | | 0.00 | NA | NA | 0.00 |
| | CIT Technology Financial One Deerwood 10201 Centurion Parkway N, Ste. 100 Jacksonville, FL 32256 | | 0.00 | NA | NA | 0.00 |
| | Citicorp Vendor Finance, Inc. PO Box 728 Park Ridge, NJ 07656 | | 0.00 | NA | NA | 0.00 |
| | Enterprise Funding Group 4308 Three Mile Road, NW Suite A Grand Rapids, MI 49534 | | 0.00 | NA | NA | 0.00 |
| | GE Capital PO Box 740425 Atlanta, GA 30374 | | 0.00 | NA | NA | 0.00 |
| | Libertyville Bank & Trust 507 North Milwaukee Ave. Libertyville, IL 60048 | | 3,378.50 | NA | NA | 0.00 |
| | Marlin Leasing P.O. 13604 Philadelphia, PA 19101 | | 56,778.06 | NA | NA | 0.00 |
| | Mart Financial Group 1410 Meacham Rd. Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | CANON FINANCIAL SERVICES | 4210-000 | NA | 11,355.12 | 0.00 | 0.00 |
| 13 | ENTERPRISE FUNDING GROUP | 4210-000 | NA | 15,000.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 60,156.56 | $ 26,355.12 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM P.C. | 2100-000 | NA | 3,600.00 | 3,600.00 | 3,600.00 |
| TRUSTEE BRENDA PORTER HELMS | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| BRENDA PORTER HELMS | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 155.05 | 155.05 | 155.05 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 3.68 | 3.68 | 3.68 |
| ASSOCIATED BANK | 2600-000 | NA | 1,514.64 | 1,514.64 | 1,514.64 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 626.70 | 626.70 | 626.70 |
| LAW OFFICE OF ARTHUR RUMMLER | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| ARTHUR W. RUMMLER | 3210-000 | NA | 6,420.00 | 6,420.00 | 6,420.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WEISS SUGAR DVORAK & DUSEK LTD | 3410-000 | NA | 3,500.00 | 3,500.00 | 3,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,070.07 | $ 16,070.07 | $ 16,070.07 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Dept of Revenue ICS Payment & Compliance Unit P.O. Box 19043 Springfield, IL 62794-9043 | | 305.68 | NA | NA | 0.00 |
| | IL Dept. of Employment Security Timothy Hill, Director Employment 33 S. State St., 10th Floor Chicago, IL 60603-2802 | | 198.37 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service ATTN: Centralized Insolvency PO Box 21126 Philadelphia, PA 19114 | | 2,852.56 | NA | NA | 0.00 |
| 4 | RUSSELL R. PREBAN | 5300-000 | NA | 3,350.60 | 3,350.60 | 3,350.60 |
| 2B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 95.44 | 95.44 | 95.44 |
| 11 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 2,871.90 | 2,871.90 | 2,871.90 |
| 14 | RPR GRAPHICS INC. | 5800-000 | NA | 4,430.89 | 4,430.89 | 4,430.89 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 3,356.61 | $ 10,748.83 | $ 10,748.83 | $ 10,748.83 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A Corporate Printing Service, Inc. 6808 Hobson Valley Drive Unit 101 Woodridge, IL 60517-1449 | | 2,781.53 | NA | NA | 0.00 |
| | Ace Forms 2900 N Rotary Terrace Pittsburg, KS 66762 | | 56.18 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Greig Laminators, Inc. PO Box 8563 Madison, WI 53708 | | 1,812.90 | NA | NA | 0.00 |
| | Advanced Sign Supply, Inc. PO Box 888684 Grand Rapids, MI 49588-8684 | | 1,295.00 | NA | NA | 0.00 |
| | BCT 701 N Raddant Road Batavia, IL 60510 | | 478.00 | NA | NA | 0.00 |
| | Bluecross Blue Shield of Illinois 300 E Randolph Street Chicago, IL 60601 | | 8,473.60 | NA | NA | 0.00 |
| | Brinks 13528 S Kenton Crestwood, IL 60445 | | 29.95 | NA | NA | 0.00 |
| | Capitol One PO Box 5294 Carol Stream, IL 60197-5294 | | 8,342.94 | NA | NA | 0.00 |
| | Carbonless & Cut Sheet Forms, Inc. 1948 Glenn Highway New Concord, OH 43762 | | 113.00 | NA | NA | 0.00 |
| | CE Printed Products, Inc. PO Box 807 Mt. Prospect, IL 60056-0807 | | 8,470.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Copy Master Video, Inc. 711 E Fairfield Ave. Villa Park, IL 60181 | | 1,112.00 | NA | NA | 0.00 |
| | Darwin Asset Management Company 970 N Oaklawn Ave. Elmhurst, IL 60126-1020 | | 253.54 | NA | NA | 0.00 |
| | Drytac Corporation 5383 Glen Alden Drive Richmond, VA 23231 | | 30.16 | NA | NA | 0.00 |
| | Duo Image Carrier 329 W. 18th Street Suite 607 Chicago, IL 60616 | | 265.23 | NA | NA | 0.00 |
| | E.I. Du Pont de Nemours and Co. PO Box 2285 Carol Stream, IL 60123-2285 | | 5,020.31 | NA | NA | 0.00 |
| | GM Mounting & Laminating, Inc. 1041 S Route 83 Elmhurst, IL 60126 | | 1,006.81 | NA | NA | 0.00 |
| | GPA Box 88872 Milwaukee, WI 53288 | | 31.40 | NA | NA | 0.00 |
| | Graphics III Paper Co. 307 Eisenhower Lane Lombard, IL 60148 | | 226.67 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Groot Industries, Inc. PO Box 92257 Elk Grove Village, IL 60009-2257 | | 404.16 | NA | NA | 0.00 |
| | Home Depot PO Box 6029 The Lakes, NV 88901-6029 | | 2,834.52 | NA | NA | 0.00 |
| | Ice Mountain PO Box 856680 Louisville, KY 40285-6680 | | 58.24 | NA | NA | 0.00 |
| | Illinois Department of Revenue 101 W Jefferson St Springfield, IL 62702-5145 | | 1,635.30 | NA | NA | 0.00 |
| | Interstate Graphics, Inc. 7817 Burden Road Rockford, IL 61115 | | 6,368.07 | NA | NA | 0.00 |
| | J. Wallace & Associates, Inc. 2733 Curtiss Street Downers Grove, IL 60515 | | 14,896.80 | NA | NA | 0.00 |
| | Laird Plastics 75 Remittance Drive Chicago, IL 60675-2720 | | 34.05 | NA | NA | 0.00 |
| | Lexjet Direct 1680 Fruitville Road 3rd Floor Sarasota, FL 34236 | | 2,268.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mark Bric Display Corp. 4740 Chudoba Parkway Prince George, VA 23875 | | 366.86 | NA | NA | 0.00 |
| | Mart Financial Group 507 N Milwaukee Ave. Libertyville, IL 60048 | | 3,170.00 | NA | NA | 0.00 |
| | Merchandising Inventives, Inc 1177 Corporate Grove Drive Buffalo Grove, IL 60089 | | 208.02 | NA | NA | 0.00 |
| | MP Applications 13642 Golden Meadow Dr. Plainfield, IL 60544 | | 2,070.00 | NA | NA | 0.00 |
| | National Imprint Corporation PO Box 644276 Pittsburg, PA 15264-4276 | | 292.05 | NA | NA | 0.00 |
| | New Sign Installation 8425 W Gregory St. Unit 302 Chicago, IL 60656 | | 285.00 | NA | NA | 0.00 |
| | NGS Printing 1400 Crispin Drive Elgin, IL 60123 | | 11,747.20 | NA | NA | 0.00 |
| | Nicor PO Box 416 Aurora, IL 60568-0001 | | 26.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Office Max PO Box 5239 Carol Stream, IL 60197-5239 | | 785.24 | NA | NA | 0.00 |
| | Orbus 380 Veterans Parkway Bolingbrook, IL 60440 | | 4,616.00 | NA | NA | 0.00 |
| | Pitman Company PO Box 402779 Atlanta, GA 30384-2779 | | 5,683.50 | NA | NA | 0.00 |
| | Primagraphics (Libman) 2461 Larsen Road Green Bay, WI 54303 | | 882.91 | NA | NA | 0.00 |
| | Reed-Rite, Inc./Reliable Label 1427 Centre Circle Drive Downers Grove, IL 60515 | | 21,662.36 | NA | NA | 0.00 |
| | Rite Way 3650 Kent Street Shoreview, MN 55126-7012 | | 85.55 | NA | NA | 0.00 |
| | Roger Loose Leaf Co. 1555 W Fulton St. Chicago, IL 60607 | | 861.20 | NA | NA | 0.00 |
| | Same Day PO Box 142 Elmhurst, IL 60126 | | 1,553.00 | NA | NA | 0.00 |
| | Sam's Club PO Box 530970 Atlanta, GA 30353 | | 6.82 | NA | NA | 0.00 |
| | Sentry Insurance Box 88315 Milwaukee, WI 53288 | | 1,074.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Small Business Acconting Service 700 Commerce Drice Oak Brook, IL 60523 | | 3,672.50 | NA | NA | 0.00 |
| | Specialty Screen Printing, Inc. 3519 N Elston Avenue Chicago, IL 60618 | | 586.14 | NA | NA | 0.00 |
| | Suburban Delivery Inc. 6296 Woodward Avenue Downers Grove, IL 60516-1710 | | 2,243.00 | NA | NA | 0.00 |
| | Taykit, Inc. 1175 Davis Road Elgin, IL 60123 | | 5,174.22 | NA | NA | 0.00 |
| | Team Concept Printing 540 Tower Blvd. Carol Stream, IL 60188 | | 1,312.50 | NA | NA | 0.00 |
| | The Copier Doctor 22 W 463 Cherry Lane Glen Ellyn, IL 60137 | | 238.60 | NA | NA | 0.00 |
| | The Mallard Press, Inc. 335 Eisenhower Lane Lombard, IL 60148 | | 31,750.61 | NA | NA | 0.00 |
| | Toryon Technologies, Inc, 1115 Hilltop Drive Itasca, IL 60143 | | 3,432.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services 840 PO Box 5855 Carol Stream, IL 60197-5855 | | 651.18 | NA | NA | 0.00 |
| | Toyota Financial Services 897 PO Box 5855 Carol Stream, IL 60197-5855 | | 310.35 | NA | NA | 0.00 |
| | Uline 220 S Lakeside Drive Waukegan, IL 60085 | | 212.62 | NA | NA | 0.00 |
| | United Parcel Service Lockbox 577 Carol Stream, IL 60132 | | 512.19 | NA | NA | 0.00 |
| | Verizon Wireless PO Box 553 Warrendale, PA 15086-0553 | | 619.93 | NA | NA | 0.00 |
| | VIP MGD, LLC c/o Darwin Asset Mgmt. Co. 970 N. Oaklawn Ave. Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Weiss, Sugar, Dvorak & Dusek, Ltd. 20 N Wacker Drive Suite 2250 Chicago, IL 60606 | | 5,850.00 | NA | NA | 0.00 |
| | White Graphics Printing Services 1411 Centre Circle Downers Grove, IL 60515 | | 2,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16B | CANON FINANCIAL SERVICES | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1A | CANON FINANCIAL SERVICES INC | 7100-000 | NA | 20,755.83 | 20,755.83 | 1,591.15 |
| 22 | CE PRINTED PRODUCTS INC. | 7100-000 | NA | 9,170.87 | 9,170.87 | 703.04 |
| 5 | CIT TECHNOLOGY FINANCING SERVICES | 7100-000 | NA | 7,981.72 | 7,981.72 | 611.88 |
| 28 | CITIBANK N.A. | 7100-000 | NA | 2,919.46 | 2,919.46 | 223.81 |
| | Clerk United States Bankruptcy Court | 7100-000 | NA | 199.28 | 199.28 | 199.28 |
| 27 | ENTERPRISE FUNDING GROUP | 7100-000 | NA | 111,889.12 | 111,889.12 | 8,577.48 |
| 13B | ENTERPRISE FUNDING GROUP | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | GENERAL ELECTRIC CAPITAL CORP | 7100-000 | NA | 18,405.53 | 18,405.53 | 1,410.98 |
| 20 | GM MOUNTING & LAMINATING INC. | 7100-000 | NA | 1,351.09 | 1,351.09 | 103.58 |
| 6 | GRAPHICS III PAPER CO. | 7100-000 | NA | 417.77 | 417.77 | 32.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 60.00 | 60.00 | 4.60 |
| 11B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 1,777.16 | 1,777.16 | 136.24 |
| 10 | INTERSTATE GRAPHICS INC. | 7100-000 | NA | 6,385.39 | 6,385.39 | 489.51 |
| 23 | MARLIN LEASING | 7100-000 | NA | 11,078.08 | 11,078.08 | 849.25 |
| 9 | MERCHANDISING INVENTIVES INC | 7100-000 | NA | 208.02 | 208.02 | 15.95 |
| 19 | METRO BUSINESS SOLUTIRIS | 7100-000 | NA | 1,526.75 | 1,526.75 | 117.04 |
| 21 | NGS PRINTING | 7100-000 | NA | 11,747.20 | 11,747.20 | 900.55 |
| 12 | PRIMAGRAPHICS (LIBMAN) | 7100-000 | NA | 1,482.75 | 1,482.75 | 113.66 |
| 15 | REED-RITE INC./RELIABLE LABEL | 7100-000 | NA | 21,662.36 | 21,662.36 | 1,660.65 |
| 8 | SAME DAU | 7100-000 | NA | 2,599.50 | 2,599.50 | 0.00 |
| 17 | SENTRY INSURANCE | 7100-000 | NA | 5,189.40 | 5,189.40 | 397.82 |
| 24 | SUBURBAN DELIVERY INC. | 7100-000 | NA | 3,057.00 | 3,057.00 | 234.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | TAYKIT INC. | 7100-000 | NA | 5,147.22 | 5,147.22 | 394.59 |
| 7 | ULINE | 7100-000 | NA | 420.25 | 420.25 | 32.22 |
| 25 | VIP MGD LLC | 7100-000 | NA | 3,696.38 | 3,696.38 | 283.37 |
| 31 | ECAST SETTLEMENT CORPORATION | 7200-000 | NA | 816.59 | 816.59 | 0.00 |
| 30 | TOYOTA MOTOR CREDIT CORPORATION | 7200-000 | NA | 6,728.06 | 6,728.06 | 0.00 |
| 29 | TOYOTA MOTOR CREDIT CORPORATION | 7200-000 | NA | 4,014.65 | 4,014.65 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 182,642.17 | $ 260,687.43 | $ 260,687.43 | $ 19,083.03 |

FORM 7

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-21847 | DRC | Judge: Donald R Cassling |
| Case Name: | RPR GRAPHICS INC. | | |
| For Period Ending: | 12/07/2015 | | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 06/16/2009 (f) |
| 341(a) Meeting Date: | 09/30/2009 |
| Claims Bar Date: | 01/07/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  PROCEEDS FROM SALE OF BUSINESS ASSETS | 0.00 | 0.00 | | 6,300.00 | FA |
| 2.  Post-Petition Interest Deposits            (u) | Unknown | N/A | | 10.29 | FA |
| 3.  CHECKING ACCOUNT AT LASALLE BANK | 13,078.01 | 0.00 | | | FA |
| 4.  CHECKING ACCOUNT AT COMMUNITY BANK | 366.66 | 0.00 | | 13,078.21 | FA |
| 5.  ACCOUNTS RECEIVABLE | 126,762.00 | 0.00 | | 8,506.90 | FA |
| 6.  OFFICE EQUIPMENT, FURNISHINGS, AND | 0.00 | 0.00 | | 0.00 | FA |
| 7.  COLORSPAN PRINTER | 500.00 | 0.00 | | 0.00 | FA |
| 8.  CORPORATE BOOKS AND RECORDS | 0.00 | 0.00 | | 0.00 | FA |
| 9.  VERIZON REFUND                             (u) | Unknown | 0.00 | | 6.53 | FA |
| 10.  lawsuiit setttlement                      (u) | Unknown | 0.00 | | 18,000.00 | FA |
| 11.  MGE DIGITAL DIECUTTER | Unknown | 0.00 | | 0.00 | FA |
| 12.  DUPONT PRINTER, DIE ROUTER, ETC | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $140,706.67          $0.00                                      $45,901.93          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee preparing TFR
Distribution checks issued and returned checks deposited with clerk of court on 10/6/15.  Waiting for -0- balance bank statement

Initial Projected Date of Final Report (TFR): 12/31/2011          Current Projected Date of Final Report (TFR): 12/01/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 09-21847 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | Exhibit 9 |
| Case Name: RPR GRAPHICS INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX1202 | |
| | Checking - Non Interest | |
| Taxpayer ID No: XX-XXX0205 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/07/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $41,441.97 | | $41,441.97 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.48 | $41,427.49 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.39 | $41,401.10 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $25.52 | $41,375.58 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $26.36 | $41,349.22 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $61.47 | $41,287.75 |
| 02/15/13 | 10001 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $36.95 | $41,250.80 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $55.44 | $41,195.36 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $61.24 | $41,134.12 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $59.18 | $41,074.94 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $61.07 | $41,013.87 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $59.01 | $40,954.86 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $60.89 | $40,893.97 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $60.80 | $40,833.17 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $58.76 | $40,774.41 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $60.62 | $40,713.79 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $58.58 | $40,655.21 |

Page Subtotals:     $41,441.97     $786.76

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: 09-21847 | | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | | | |
| Case Name: RPR GRAPHICS INC. | | | Bank Name: Associated Bank | | | |
| | | | Account Number/CD#: XXXXXX1202 | | | |
| | | | Checking - Non Interest | | | |
| Taxpayer ID No: XX-XXX0205 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 12/07/2015 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $60.44 | $40,594.77 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $60.36 | $40,534.41 |
| 02/15/14 | 10002 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $38.52 | $40,495.89 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $54.43 | $40,441.46 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $60.12 | $40,381.34 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $58.10 | $40,323.24 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $59.95 | $40,263.29 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $57.93 | $40,205.36 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $59.78 | $40,145.58 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $59.69 | $40,085.89 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $57.68 | $40,028.21 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $59.51 | $39,968.70 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $57.51 | $39,911.19 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $59.33 | $39,851.86 |
| 05/14/15 | 10003 | BRENDA PORTER HELMS, TRUSTEE 3400 W. Lawrence Ave.Chicago, IL | Trustee Compensation | 2100-000 | | $3,600.00 | $36,251.86 |
| 05/14/15 | 10004 | RUMMLER, ARTHUR W. | Attorney for Trustee Fees (Other Fi | 3210-000 | | $6,420.00 | $29,831.86 |
| 05/14/15 | 10005 | RUSSELL R. PREBAN 2745 Zurich LaneWoodridge, IL 60517 | Claim 000004, Payment 100.00000% | 5300-000 | | $3,350.60 | $26,481.26 |

| | | | Page Subtotals: | | $0.00 | $14,173.95 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 09-21847 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Case Name: RPR GRAPHICS INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1202 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX0205 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/07/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/14/15 | 10006 | ILLINOIS DEPARTMENT OF EMPLOYMENT S<br><br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Claim 000002B, Payment 100.00000% | 5800-000 | | $95.44 | $26,385.82 |
| 05/14/15 | 10007 | INTERNAL REVENUE SERVICE POBox 7346Philadelphia, PA 19101-7317 | Claim 000011, Payment 100.00000% | 5800-000 | | $2,871.90 | $23,513.92 |
| 05/14/15 | 10008 | RPR GRAPHICS, INC. Bankruptcy SectionP.O. Box 64338Chicago, IL 60664-0338 | Claim 000014, Payment 100.00000% | 5800-000 | | $4,430.89 | $19,083.03 |
| 05/14/15 | 10009 | CANON FINANCIAL SERVICES, INC<br><br>Howard N. Sobel P.A.<br>507 Kresson Road, P O Box 1525<br>Vorhees, NJ 08043 | Claim 000001A, Payment 7.66604% | 7100-000 | | $1,591.15 | $17,491.88 |
| 05/14/15 | 10010 | United States Bankruptcy Court IL | Claim 000002A, Payment 7.66667% Illinois Department Employment Security33 South State StreetChicago, Illinois 60603Attn: Bankruptcy Unit - 10th flr. | 7100-000 | | $4.60 | $17,487.28 |
| 05/14/15 | 10011 | GENERAL ELECTRIC CAPITAL CORP<br><br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | Claim 000003, Payment 7.66607% | 7100-000 | | $1,410.98 | $16,076.30 |
| 05/14/15 | 10012 | CIT TECHNOLOGY FINANCING SERVICES, WELTMAN, WEINBERG & REIS, CO.175 S. THIRD ST., SUITE 900COLUMBUS, OHIO 43215 | Claim 000005, Payment 7.66602% | 7100-000 | | $611.88 | $15,464.42 |
| 05/14/15 | 10013 | GRAPHICS III PAPER CO. 307 Eisenhower LaneLombard, IL 60148 | Claim 000006, Payment 7.66690% | 7100-000 | | $32.03 | $15,432.39 |
| 05/14/15 | 10014 | ULINE 220 S Lakeside DriveWaukegan, IL 60085 | Claim 000007, Payment 7.66686% | 7100-000 | | $32.22 | $15,400.17 |
| 05/14/15 | 10015 | SAME DAU PO Box 142Elmhurst, IL 60126 | Claim 000008, Payment 7.66609% | 7100-000 | | $199.28 | $15,200.89 |

| | | | Page Subtotals: | | $0.00 | $11,280.37 |
|---|---|---|---|---|---|---|

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 09-21847 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | Exhibit 9 |
| Case Name: RPR GRAPHICS INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX1202 | |
| | Checking - Non Interest | |
| Taxpayer ID No: XX-XXX0205 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/07/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/14/15 | 10016 | MERCHANDISING INVENTIVES, INC 1177 Corporate Grove DriveBuffalo Grove, IL 60089 | Claim 000009, Payment 7.66753% | 7100-000 | | $15.95 | $15,184.94 |
| 05/14/15 | 10017 | INTERSTATE GRAPHICS, INC. 7817 Burden RoadRockford, IL 61115 | Claim 000010, Payment 7.66609% | 7100-000 | | $489.51 | $14,695.43 |
| 05/14/15 | 10018 | INTERNAL REVENUE SERVICE POBox 7346Philadelphia, PA 19101-7317 | Claim 000011B, Payment 7.66616% | 7100-000 | | $136.24 | $14,559.19 |
| 05/14/15 | 10019 | (LIBMAN), PRIMAGRAPHICS 2461 Larsen RoadGreen Bay, WI 54303 | Claim 000012, Payment 7.66549% | 7100-000 | | $113.66 | $14,445.53 |
| 05/14/15 | 10020 | REED-RITE, INC./RELIABLE LABEL 1427 Centre Circle DriveDowners Grove, IL 60515 | Claim 000015, Payment 7.66606% | 7100-000 | | $1,660.65 | $12,784.88 |
| 05/14/15 | 10021 | SENTRY INSURANCE Box 88315Milwaukee, WI 53288 | Claim 000017, Payment 7.66601% | 7100-000 | | $397.82 | $12,387.06 |
| 05/14/15 | 10022 | TAYKIT, INC. 102 West Emerson StreetArlington Heights, Illinois 60005 | Claim 000018, Payment 7.66608% | 7100-000 | | $394.59 | $11,992.47 |
| 05/14/15 | 10023 | METRO BUSINESS SOLUTIRIS DBA Bet Chicago701 N Raddant RdBatavia IL 60510 | Claim 000019, Payment 7.66596% | 7100-000 | | $117.04 | $11,875.43 |
| 05/14/15 | 10024 | GM MOUNTING & LAMINATING, INC. 1041 S Route 83Elmhurst, IL 60126 | Claim 000020, Payment 7.66640% | 7100-000 | | $103.58 | $11,771.85 |
| 05/14/15 | 10025 | PRINTING, NGS 1400 Crispin DriveElgin, IL 60123 | Claim 000021, Payment 7.66608% | 7100-000 | | $900.55 | $10,871.30 |
| 05/14/15 | 10026 | CE PRINTED PRODUCTS, INC. 685 Kimberly DrCarol Stream, IL 60188 | Claim 000022, Payment 7.66601% | 7100-000 | | $703.04 | $10,168.26 |
| 05/14/15 | 10027 | MARLIN LEASING 300 Fellowship RoadMount Laurel, NJ 08054 | Claim 000023, Payment 7.66604% | 7100-000 | | $849.25 | $9,319.01 |
| 05/14/15 | 10028 | SUBURBAN DELIVERY INC. 6296 Woodward AvenueDowners Grove, IL 60516-1710 | Claim 000024, Payment 7.66601% | 7100-000 | | $234.35 | $9,084.66 |
| 05/14/15 | 10029 | VIP MGD, LLC Darwin Asset Mgmt. Co.Agent for VIP MGD, LLC.970 Oak Lawn Ave., Ste. 100Elmhurst, IL 60126 | Claim 000025, Payment 7.66615% | 7100-000 | | $283.37 | $8,801.29 |

| Page Subtotals: | $0.00 | $6,399.60 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 09-21847 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | |
| Case Name: RPR GRAPHICS INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX1202 | |
| | Checking - Non Interest | |
| Taxpayer ID No: XX-XXX0205 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/07/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/14/15 | 10030 | ENTERPRISE FUNDING GROUP 4308 Three Mile Road, NWSuite AGrand Rapids, MI 49534 | Claim 000027, Payment 7.66605% | 7100-000 | | $8,577.48 | $223.81 |
| 05/14/15 | 10031 | CITIBANK, N.A. 701 East 60th Street NorthSioux Falls, SD 57117 | Claim 000028, Payment 7.66614% | 7100-000 | | $223.81 | $0.00 |
| 05/15/15 | 10003 | Reverses Check # 10003 | Trustee Compensation wrong payee | 2100-000 | | ($3,600.00) | $3,600.00 |
| 05/15/15 | 10032 | THE HELMS LAW FIRM P.C. | trustee compensation | 2100-000 | | $3,600.00 | $0.00 |
| 06/02/15 | 10023 | Reverses Check # 10023 | Claim 000019, Payment 7.66596% check returned as undeliverable | 7100-000 | | ($117.04) | $117.04 |
| 06/02/15 | 10033 | United States Bankruptcy Court IL | Claim 000019, Payment 7.66596% | 7100-000 | | $117.04 | $0.00 |
| 08/18/15 | 10015 | SAME DAU PO Box 142Elmhurst, IL 60126 | Claim 000008, Payment 7.66609% Reversal | 7100-000 | | ($199.28) | $199.28 |
| 08/19/15 | 10034 | Clerk United States Bankruptcy Court | deposit of unclaimed funds check #10015 to Same Day | 7100-000 | | $199.28 | $0.00 |
| 09/25/15 | 10030 | ENTERPRISE FUNDING GROUP 4308 Three Mile Road, NWSuite AGrand Rapids, MI 49534 | Claim 000027, Payment 7.66605% Reversal | 7100-000 | | ($8,577.48) | $8,577.48 |
| 09/25/15 | 10021 | SENTRY INSURANCE Box 88315Milwaukee, WI 53288 | Claim 000017, Payment 7.66601% Reversal | 7100-000 | | ($397.82) | $8,975.30 |
| 09/25/15 | 10035 | Clerk, United States Bankruptcy Court | deposit of unclaimed funds Check #10021 to Sentry Insurance | 7100-000 | | $397.82 | $8,577.48 |
| 09/25/15 | 10036 | Clerk, United States Bankruptcy Court | deposit of unclaimed funds check #10030 issued to Enterprise Funding in amount of $8577.48 | 7100-000 | | $8,577.48 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $41,441.97 | $41,441.97 |
| Less: Bank Transfers/CD's | | $41,441.97 | $0.00 |
| Page Subtotals: | | $0.00 | $8,801.29 |

| | | |
|---|---|---|
| Subtotal | $0.00 | $41,441.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $41,441.97 |

Exhibit 9

Page Subtotals:                $0.00            $0.00

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No: 09-21847 | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | Exhibit 9 |
| Case Name: RPR GRAPHICS INC. | | Bank Name: Bank of America | |
| | | Account Number/CD#: XXXXXX7873 | |
| | | Money Market - Interest Bearing | |
| Taxpayer ID No: XX-XXX0205 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/07/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/09 | 1 | ROCKET IMAGING INC. 12365 S. Rhea DrivePlainfield IL  60585 | proceeds from sale of business | 1121-000 | $2,500.00 | | $2,500.00 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.05 | | $2,500.05 |
| 10/07/09 | 1 | ROCKET IMAGING, INC. 12365 S. Rhea DrivePlainfield IL 60585 | account receivable | 1121-000 | $1,800.00 | | $4,300.05 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.09 | | $4,300.14 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.11 | | $4,300.25 |
| 12/08/09 | 1 | HENDRICKSON 800 S. Frontage RoadWoodridge IL 60517 | account receivable | 1121-000 | $30.55 | | $4,330.80 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.11 | | $4,330.91 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.10 | | $4,331.01 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.10 | | $4,331.11 |
| 03/06/10 | 101 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420New Orleans LA 70139 | bond premium | 2300-000 | | $3.68 | $4,327.43 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.12 | | $4,327.55 |
| 04/10/10 | 5 | SARA LEE COFFEE & TEA FOODSERVICE 3500 Lacey RoadDowners Grove IL 60515 | acclount receivable | 1121-000 | $2,726.41 | | $7,053.96 |
| 04/23/10 | 5 | SARA LEE COFFEE & TEA SERVICE 3500 Lacey RoadDowners Grove IL 60515 | account receivable | 1121-000 | $5,780.49 | | $12,834.45 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.15 | | $12,834.60 |
| 05/17/10 | 1 | Reverses Deposit # 3 | account receivable | 1121-000 | ($30.55) | | $12,804.05 |

| | | |
|---|---|---|
| Page Subtotals: | $12,807.73 | $3.68 |

Case 09-21847   Doc 89   Filed 12/10/15   Entered 12/10/15 14:37:31   Desc Main
FORM 2
Document   Page 26 of 30
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 09-21847 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | Exhibit 9 |
| Case Name: RPR GRAPHICS INC. | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX7873 | |
| | Money Market - Interest Bearing | |
| Taxpayer ID No: XX-XXX0205 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/07/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.32 | | $12,804.37 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.32 | | $12,804.69 |
| 07/12/10 | 102 | CLERK, UNITED STATES BANKRUPTCY COU | advesary filing fee | 2700-000 | | $250.00 | $12,554.69 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.33 | | $12,555.02 |
| 07/31/10 | 102 | Reverses Check # 102 | advesary filing fee | 2700-000 | | ($250.00) | $12,805.02 |
| 07/31/10 | 103 | LAW OFFICE OF ARTHUR RUMMLER | reimbursement of adversary filing f | 2700-000 | | $250.00 | $12,555.02 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.32 | | $12,555.34 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.31 | | $12,555.65 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.32 | | $12,555.97 |
| 11/24/10 | 9 | REFUND, MB DATA P.O. Box 4199Portland OR 97208 | Verizon refund | 1229-000 | $6.53 | | $12,562.50 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.31 | | $12,562.81 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.32 | | $12,563.13 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.32 | | $12,563.45 |
| 02/15/11 | 4 | BANK OF AMERICA 125 Duport DriveR11-121-01-30Providence RI 02907 | turnover of bank account | 1129-000 | $13,078.21 | | $25,641.66 |
| 02/19/11 | 104 | SURETIES, INTERNATIONAL 701 Polydras St. #420New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | $19.50 | $25,622.16 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.14 | | $25,622.30 |

| | | | Page Subtotals: | | $13,087.75 | $269.50 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 26)*

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-21847

Case Name: RPR GRAPHICS INC.

Taxpayer ID No: XX-XXX0205

For Period Ending: 12/07/2015

Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Bank Name: Bank of America

Account Number/CD#: XXXXXX7873

Money Market - Interest Bearing

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.22 | | $25,622.52 |
| 04/08/11 | 1 | IMAGIONG, ROCKET 12365 S. Rhea DrivePlainfield IL 60585 | transferees payment for busi eqpt | 1121-000 | $1,000.00 | | $26,622.52 |
| 04/20/11 | 10 | BANK OF AMERICA Dept AZ9-503-02-571825 E. buckeye RoadPhoenix AZ 85034 | installment-litigation settlement | 1241-000 | $15,000.00 | | $41,622.52 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.24 | | $41,622.76 |
| 05/09/11 | 1 | IMAGING, ROCKET 12365 S. Rhea DrivePlainfield IL 60585 | PARTIAL PAYMENT | 1121-000 | $1,000.00 | | $42,622.76 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.36 | | $42,623.12 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.35 | | $42,623.47 |
| 07/02/11 | 10 | IMAGING, ROCKET 12365 S. Rhea DrivePlainfield IL 60585 | partial payment in settlement liti | 1241-000 | $1,000.00 | | $43,623.47 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.36 | | $43,623.83 |
| 08/25/11 | 10 | ROCKET IMAGING INC. 12365 S. Rhea DrivePlainfield IL 60585 | Settlement | 1241-000 | $1,000.00 | | $44,623.83 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.37 | | $44,624.20 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.37 | | $44,624.57 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.38 | | $44,624.95 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $56.85 | $44,568.10 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.37 | | $44,568.47 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $54.95 | $44,513.52 |
| 12/19/11 | 10 | ROCKET IMAGING INC 12365 S. Rhea DrivePlainfield IL 60585 | PARTIAL PAYMENT | 1241-000 | $1,000.00 | | $45,513.52 |

Page Subtotals:                    $20,003.02          $111.80

Case 09-21847    Doc 89    Filed 12/10/15    Entered 12/10/15 14:37:31    Desc Main
Document    Page 28 of 30

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 09-21847 | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | Exhibit 9 |
|---|---|---|---|
| Case Name: RPR GRAPHICS INC. | | Bank Name: Bank of America | |
| | | Account Number/CD#: XXXXXX7873 | |
| | | Money Market - Interest Bearing | |
| Taxpayer ID No: XX-XXX0205 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/07/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.38 | | $45,513.90 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $55.25 | $45,458.65 |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.39 | | $45,459.04 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $59.62 | $45,399.42 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.36 | | $45,399.78 |
| 02/29/12 | 105 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $60.08 | $45,339.70 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $53.96 | $45,285.74 |
| 03/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.38 | | $45,286.12 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $55.69 | $45,230.43 |
| 04/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.37 | | $45,230.80 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $57.46 | $45,173.34 |
| 05/05/12 | 106 | WEISS SUGAR DVORAK & DUSEK LTD | accountants fees | 3410-000 | | $3,500.00 | $41,673.34 |
| 05/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.36 | | $41,673.70 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $54.09 | $41,619.61 |
| 06/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.34 | | $41,619.95 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $49.47 | $41,570.48 |
| 07/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.35 | | $41,570.83 |

Page Subtotals:                                   $2.93          $3,945.62

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

Case 09-21847    Doc 89    Filed 12/10/15    Entered 12/10/15 14:37:31    Desc Main

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document    Page 29 of 30

| Case No: 09-21847 | | | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case Name: RPR GRAPHICS INC. | | | | Bank Name: Bank of America | | |
| | | | | Account Number/CD#: XXXXXX7873 | | |
| | | | | Money Market - Interest Bearing | | |
| Taxpayer ID No: XX-XXX0205 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 12/07/2015 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $54.52 | $41,516.31 |
| 08/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.35 | | $41,516.66 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $52.75 | $41,463.91 |
| 09/14/12 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.15 | | $41,464.06 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET10TH FLOORDALLAS, TX  75283 | BANK FEES | 2600-000 | | $22.09 | $41,441.97 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $41,441.97 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $45,901.93 | $45,901.93 |
| | Less: Bank Transfers/CD's | $0.00 | $41,441.97 |
| | Subtotal | $45,901.93 | $4,459.96 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $45,901.93 | $4,459.96 |

UST Form 101-7-TDR (10/1/2010) *(Page: 29)*

Page Subtotals:    $0.50    $41,571.33

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1202 - Checking - Non Interest | $0.00 | $41,441.97 | $0.00 |
| XXXXXX7873 - Money Market - Interest Bearing | $45,901.93 | $4,459.96 | $0.00 |
| | $45,901.93 | $45,901.93 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $45,901.93 |
| Total Gross Receipts: | $45,901.93 |

Page Subtotals:                    $0.00            $0.00